IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Maria Lyburtus, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:08-cv-724 |
| Michael J. Lyburtus, | : | JUDGE FROST |
| Commissioner of | | MAGISTRATE JUDGE KEMP |
| Social Security, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 21, 2009. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained and this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four. The Clerk shall enter a judgment to that effect.

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE